[No. 8705–1–III.   Division Three.   June 16, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. JULIUS J. LUDWIG, *Respondent.*

Appeal from a judgment of the Superior Court for Spokane County, No. 87–8–00078–4, Marcus M. Kelly, J., entered May 21, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Thompson, JJ.

[No. 20129–8–I.   Division One.   June 20, 1988.]

BETTY REINER, *Individually and as Personal Representative, Appellant,* v. SISTERS OF PROVIDENCE, *Respondent.*

Appeal from a judgment of the Superior Court for King County, No. 85–2–18571–4, Edward Heavey, J., entered March 4, 1987. *Reversed* by unpublished opinion per Swanson, J., concurred in by Scholfield, C.J., and Webster, J.

[No. 20578–1–I.   Division One.   June 20, 1988.]

THE STATE OF WASHINGTON, *Respondent,* v. MARY CREEKMORE, *Appellant.*

Appeal from a judgment of the Superior Court for Snohomish County, No. 87–1–00044–8, Gerald L. Knight, J., entered May 21, 1987. *Affirmed* by unpublished per curiam opinion.